UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:24-mj-1091-DNF

JOHN A. MASANOTTI, JR.

| | | | |
|---|---|---|---|
| **Judge:** | Douglas N. Frazier | **Counsel for Government** | Yolande Viacava |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Yvette Gray |
| **Court Reporter** | Digital | **Pretrial/ Probation** | Nicholas Rice |
| **Date/Time** | May 9, 2024 01:30 PM | **Interpreter** | |
| **Bench Time** | 20 minutes | | |

### CLERK'S MINUTES – INITIAL APPEARANCE

Defendant arrested on an Indictment from the District of Connecticut.

Defendant advised of rights, charges, penalties, etc.

Defendant requests court-appointed counsel. Based on the financial affidavit completed by defendant and/or a financial inquiry, the Court appoints the Federal Public Defender.

Court advises defendant of Rule 20 rights. Court advised the parties of the requirements of the Due Process Protections Act.

Defendant waives his/her rights to both an identity hearing and production of the warrant.

Government is not seeking the defendant's detention but requests conditions of release.

Defendant has no objection to the conditions proposed.

**ORDER OF REMOVAL RULE 5/32.1 TO ENTER**